UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GULF ISLAND SHIPYARDS, LLC** | **CIVIL ACTION NO. 22-00154** |
| **VERSUS** | **SECTION: "L" (4)** |
| **LASHIP, L.L.C.,** *in personam;* **REEL PIPE, L.L.C.,** *in personam*; **and M/V BETTY CHOUEST, bearing Official No. 1193951, her engines, tackle, furniture, apparel, appurtenances, etc.,** *in rem* | **JUDGE ELDON E. FALLON**  **MAG. JUDGE KAREN W. ROBY** |

## JUDGMENT

Considering the Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 58(d) filed by Defendants, LaShip, L.L.C. ("LaShip"), *in personam*, Reel Pipe, L.L.C. ("Reel Pipe"), *in personam*, and the M/V BETTY CHOUEST, bearing official no. 1193951, her tackle, furniture, apparel, appurtenances, etc., *in rem* ("BETTY CHOUEST") (collectively, "Defendants");

**IT IS ORDERED** that the Motion is **GRANTED;**

**IT IS ORDERED** that the Court's Findings of Fact & Conclusions of Law entered into on February 7, 2024, is hereby **CONFIRMED** and made a Judgment of this Court pursuant to Fed. R. Civ. P. 58(d);

**IT IS FURTHER ORDERED,** that Judgment is hereby entered in favor of Plaintiff, Gulf Island Shipyards, LLC ("Plaintiff") and against LaShip as follows:

- Pursuant to the Findings of Fact & Conclusions of Law, **IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff and against LaShip in the amount of $176,095.68 (ONE HUNDRED SEVENTY-SIX THOUSAND NINETY-FIVE DOLLARS and 68/100);

1

- **IT IS FURTHER ORDERED** that, upon satisfaction of this Judgment, and subject to Defendants' right to appeal, LaShip shall have no further liability to Plaintiff arising from this matter;

**IT IS FURTHER ORDERED,** that Judgment is hereby entered in favor of Reel Pipe as follows:

- Pursuant to the Findings of Fact & Conclusions of Law, **IT IS FURTHER ORDERED** that the judgment is entered in favor of Reel Pipe and against Plaintiff, in the amount of $559,130.65 (FIVE HUNDRED FIFTY-NINE THOUSAND ONE HUNDRED THIRTY DOLLARS and 65/100);

- **IT IS FURTHER ORDERED** that, upon satisfaction of this Judgment, and subject to Plaintiff's right to appeal, Plaintiff shall have no further liability to Reel Pipe arising from this matter.

SIGNED at New Orleans, Louisiana, this 24th day of June, 2024.

_____

**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

PD.45648851.1